tioner. No appearance for respondents.

No. 225. HIND v. CLARK, COLLECTOR OF INTERNAL REVE-NUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. R. Dewey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *W. Marvin Smith* for respondent.

No. 226. FRISCHER & Co., INC., ET AL. v. TARIFF COM-MISSION ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Meyer Kraushaar* for petitioners. *Mr. Albert MacC. Barnes, Jr.,* for respondents.

No. 227. FRIEDRICHSEN v. GUARANTY TRUST Co., TRUS-TEE, ET AL.; and

No. 228. SAME v. SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. C. Mathes* for petitioner. *Messrs. Edwin S. S. Sunderland, Montgomery B. Angell,* and *Thomas O'G. FitzGibbon* for respondents. Reported below: 39 F. (2d) 859.

No. 229. GAMAGE ET AL. v. MASONIC CEMETERY ASSN. ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Aaron M. Sargent, Peter tum Suden,* and *Sidney M. Van Wyck, Jr.,* for petitioners. *Mr. Edward I. Barry* for respondents.